GREGORY W. KUGLE #6502-0
DAVID H. ABITBOL #11635-0
PARIS K. JOHNSON #12137-0
Damon Key Leong Kupchak Hastert
1003 Bishop St., Suite 1600
Honolulu, HI 96813
Telephone: (808) 531-8031
gwk@hawaiilawyer.com
dha@hawaiilawyer.com
pkj@hawaiilawyer.com

LOREN A. SEEHASE    #10414-0 (FL Bar No. 1065765)
JOHANNA TALCOTT   (*pro hac vice admitted* / FL Bar No. 1008094)
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
Telephone: (561) 691-5000
LSeehase@pacificlegal.org
JoTalcott@pacificlegal.org

ADITYA DYNAR        (*pro hac vice admitted* / DC Bar No. 1686163)
AARON NEWELL        (*pro hac vice admitted* / AR Bar No. 2022182)
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
ADynar@pacificlegal.org
ANewell@pacificlegal.org

Attorneys for Plaintiff

[*caption continues on next page*]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAI‘I**

| | |
|---|---|
| SANDRA W. MAY,<br><br>          Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF HONOLULU, a municipal corporation; DEPARTMENT OF PLANNING AND PERMITTING OF THE CITY AND COUNTY OF HONOLULU; DAWN TAKEUCHI APUNA, in her official capacity as Director of the Department of Planning and Permitting,<br><br>          Defendants. | Civil No.<br>1:26-cv-00253-MWJS-WRP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES** |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES**

WHEREAS, Plaintiff Sandra W. May, filed a complaint on May 28, 2026, asserting one claim, Count I for City's Imposition of Excessive Fines.

WHEREAS, the parties have reached a settlement of all claims underlying and asserted in the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Sandra W. May and Defendants City and County of Honolulu, Department of Planning and Permitting of the City and County of Honolulu, and Dawn Takeuchi, in her official capacity as Director of the Department of Planning and Permitting, by and through their respective undersigned counsel, that pursuant to Rule

2

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims stated in Plaintiff's Complaint, filed herein on May 28, 2026, shall be, and hereby are, dismissed with prejudice.

Each party is to bear its own costs and attorneys' fees associated with this matter. There are no remaining parties, claims, and/or issues.

DATED: July 24, 2026.

|  | s/ *Loren A. Seehase* |
|---|---|
| GREGORY W. KUGLE #6502-0 | LOREN A. SEEHASE |
| DAVID H. ABITBOL #11635-0 | HI Bar No. 10414-0 |
| PARIS K. JOHNSON #12137-0 | FL Bar No. 1065765 |
| Damon Key Leong Kupchak Hastert | JOHANNA B. TALCOTT* |
| 1003 Bishop St., Suite 1600 | FL Bar No. 1008094 |
| Honolulu, HI 96813 | Pacific Legal Foundation |
| Telephone: (808) 531-8031 | 4440 PGA Blvd., Suite 307 |
| gwk@hawaiilawyer.com | Palm Beach Gardens, FL 33410 |
| dha@hawaiilawyer.com | Telephone: (561) 691-5000 |
| pkj@hawaiilawyer.com | LSeehase@pacificlegal.org |
|  | JoTalcott@pacificlegal.org |

ADITYA DYNAR*
DC Bar No. 1686163
AARON NEWELL*
AR Bar No. 2022182
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
ADynar@pacificlegal.org
ANewell@pacificlegal.org

Attorneys for Plaintiff
*Pro hac vice

3

/s/ *Brad T. Saito*
BRAD T. SAITO #8827
DANA M.O. VIOLA #6095
Deputy Corporation Counsel
City and County of Honolulu
1001 Bishop Street, Suite 2020
Honolulu, HI 96813
Facsimile: (808) 768-1300

Attorneys for Defendants

APPROVED AS TO FORM.

DATED:  July 24, 2026, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

*Sandra W. May v. City and County of Honolulu*, et al.; Civil No. 26-cv-00253-MWJS-WRP; **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES**

4